# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE TERRELL, | : | |
| Plaintiff, | : | |
| vs. | : | CA 19-0402-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 1st day of May, 2020.

                                                         s/P. Bradley Murray
                                               **UNITED STATES MAGISTRATE JUDGE**